LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705)
  Darius Ogloza (Bar No. 176983)
  Sadik Huseny (Bar No. 224659)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Defendant
CATHOLIC HEALTHCARE WEST

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER T. HOWELL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST and DOES 1-50,<br>Defendants. | CASE NO. C 05-5340 CRB<br><br>**STIPULATION EXTENDING DEADLINE FOR RESPONSIVE PLEADING**<br><br>Judge: Hon. Charles R. Breyer |

Pursuant to Civil Local Rule 6-1 and agreement between the parties, defendant Catholic Healthcare West and plaintiff Amber T. Howell, through their respective counsel of record, HEREBY STIPULATE that the deadline for defendant to answer or otherwise respond to plaintiff's complaint shall be extended to March 1, 2006.

Dated:  January 18, 2006

January 19, 2006

Respectfully submitted,

LATHAM & WATKINS LLP

By      /s/ Sadik Huseny
   Sadik Huseny, Attorneys for Defendant
   CATHOLIC HEALTHCARE WEST

LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By     /s/ Kelly M. Dermody
   Kelly M. Dermody, Attorneys for Plaintiff AMBER T. HOWELL and all others similarly situated

IT IS SO ORDERED
Judge Charles R. Breyer