Elizabeth J. Cabraser, SBN 83151
Kelly M. Dermody, SBN 171716
Caryn Becker, SBN 196947
Nirej S. Sekhon, SBN 213358
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th floor
San Francisco, California 94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER T. HOWELL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  05-CV-5340 CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby presents notice of the following:

1. Plaintiff filed this action on December 23, 2005.

2. Pursuant to Rule 41(a)(1), Plaintiff hereby voluntarily dismisses her claims, without prejudice to either herself or to any proposed absent class member.

3. Rule 41(a)(1) provides that a Plaintiff may voluntarily dismiss her complaint without order of the court provided that she files a notice of dismissal prior to the Defendant filing an answer or motion for summary judgment.  Defendant Catholic Healthcare West ("CHW") has not filed an answer or a motion for summary judgment in this case.

4. Cases alleging identical claims to those brought in the present suit have been filed in California state courts.  The Judicial Council of California recently ordered the

522966.2

coordination of all California state court suits brought against CHW on behalf of uninsured patients. The coordinated state court actions will proceed in California Superior Court for the County of San Francisco, Judicial Council Coordination Proceeding No. 4453. Plaintiff, who is a member of the putative state court class, is voluntarily dismissing the present suit in order to avoid the expenditure of time and resources litigating claims in this Court that are the same as those which will be litigated in the coordinated state court proceedings.

5. There is no prejudice to the Plaintiff or any proposed absent class member from this dismissal.

Dated: March 16, 2006

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Kelly M. Dermody
Kelly M. Dermody

Elizabeth J. Cabraser, SBN 83151
Kelly M. Dermody, SBN 171716
Caryn Becker, SBN 196947
Nirej S. Sekhon, SBN 213358
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Richard F. Scruggs, MSB # 6582
Sidney A. Backstrom, MSB #99890
Zach Scruggs, MSB #100011
SCRUGGS LAW FIRM
120-A Courthouse Square
P.O. Box 1136
Oxford, MS 38655
Telephone: (662) 281-1212
Facsimile: (662) 281-1312

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Don Barrett
BARRETT LAW OFFICE, P.A.
404 Court Square North
Lexington, MS 390095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628

*Attorneys for Plaintiff and the Class*



March 17, 2006

522966.2

- 3 -

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE